

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00383-CR

KERRI IRENE DANZ             APPELLANT

V.

THE STATE OF TEXAS             STATE

------------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

------------

## ABATEMENT ORDER

------------

On March 4, 2013, the court sent Appellant Kerri Irene Danz a letter to inform her that her court-appointed attorney had filed a motion to withdraw as counsel on appeal and a brief supporting that motion and to give appellant notice of her right to examine a copy of the appellate record and her right to respond to the *Anders* brief. Our correspondence was returned on March 14, 2013, with no forwarding address. On March 15, 2013, we resent the letter, and again, on March 28, 2013, our correspondence was returned as undeliverable.

We therefore abate this appeal and remand this case to the trial court.

The trial court shall conduct a hearing, with appellant, appellant's counsel, and a representative of the State present, to determine whether appellant desires to prosecute her appeal, to obtain a valid mailing address and telephone number for appellant should she wish to continue her appeal, and to take any other measures that the trial court deems necessary to ensure that appellant does not forfeit her right to appeal. The trial court shall take any step necessary to ensure appellant's presence at the hearing.

The trial court shall file a record of the hearing in this court on or before **Monday, June 3, 2013**. The record shall include a supplemental clerk's record and supplemental reporter's record. On our receipt of the supplemental record, the appeal of this cause shall be automatically reinstated without further order. Should appellant wish to prosecute her appeal, the time for filing appellant's pro se response to the *Anders* brief shall run from the date of the filing of the supplemental clerk's record or supplemental reporter's record, whichever is filed last.

The clerk of this court shall transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED April 18, 2013

PER CURIAM

2